# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:08cr85

**RAVINDER BANDARI,**
  a/k/a Ravi,
  a/k/a Ravinder Bacha,
**VARDHARAJ BANDARI,**
  a/k/a Raj Bandari,
**AMARDEEP GOUD CHERLAPALLI,**
  a/k/a Andy Cherlapalli,
  a/k/a Amar Cherlapalli,
  a/k/a Amardeep Goud,
  a/k/a Goud C. Amardeep,
**and**
**THE OMEGA GROUP CHICAGO, INC.**
_____

## FINAL ORDER OF FORFEITURE AS
## TO ALL PERSONS AND ENTITIES

WHEREAS, on November 25, 2008 and January 23, 2009, this Court entered Preliminary Orders of Forfeiture, pursuant to the provisions of Title 18, United States Code, Sections 981 and 982, Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461(c), based upon the defendants' guilty pleas to the crimes charged against them in Indictment in this action, and their consent to the forfeiture of all assets used or derived from said conduct (Doc. 145, 160, 162 & 164);

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition on www.forfeiture.gov of the intent of the United States to dispose of the property in accordance with Title 18, United States Code, Sections 981 and 982, Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461(c), thereby notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property;

AND WHEREAS, no claims or petitions have been filed for the property described in this Court's Preliminary Orders of Forfeiture, entered on November 25, 2008 and January 23, 2009, and the time for filing petitions expired on September 27, 2009.

THEREFORE, IT IS HEREBY ORDERED:

1. That the right, title and interest to all of the property described in this Order, is hereby condemned, forfeited and vested in the United States of America.

2. The property subject to forfeiture in this Order includes the following:

    A. $563.97 in U.S. currency located in Wachovia Bank account ending in account number 2379, for which the defendant Amardeep Goud Cherlapalli and U.C. were signatories;

    B. $7,480.55 in U.S. currency located in Wachovia Bank account ending in account number 0261 and titled in the name of Baba Enterprises, LLC;

    C. $55,397.56 in U.S. currency located in Wachovia Bank account ending in account number 0290 and titled in the name of Baba Enterprises, LLC;

D. $97,439.78 in U.S. currency located in Wachovia Bank account ending in account number 9748 and titled in the name of Baba Enterprises, LLC;

E. $17,859.00 in U.S. currency seized from Bestway Check Cashing, 3300 N. Pace Boulevard, Suite M-215, Pensacola, Florida;

F. $61,147.00 in U.S. currency seized from Bestway Food Store, 2110 Gulf Beach Highway, Pensacola, Florida; and,

G. The property known as 2422 Redoubt Avenue, Pensacola, Florida, lying and being in Escambia County, Florida and being more particularly described in the Official Records at Deed Book 1, Page 17 of the public records of Escambia County as follows:

> LOT 1, BLOCK 6, NIRVANA SUBDIVISION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 1, PAGE 17, OF THE PUBLIC RECORDS OF ESCAMBIA COUNTY, FLORIDA.

3. That no person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America by Orders entered on November 25, 2008 and January 23, 2009, and said forfeiture is now final.

4. That the United States Department of Homeland Security Immigration and Customs Enforcement shall dispose of said real property in accordance with law.

IT IS SO ORDERED this 14th day of December, 2009.

                                                              s/*L.A. Collier*
                                                              LACEY A. COLLIER
                                                              SENIOR U.S. DISTRICT JUDGE